156 So.2d 227

**Michael A. SOLTIS et al.**

v.

**CHECKER CAB COMPANY OF NEW ORLEANS, INC., et al.**

No. 46888.

Oct. 1, 1963.

In re: Checker Cab Company of New Orleans, Inc., et al. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 154 So. 2d 538.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

156 So.2d 227

**D. R. NEELY et ux. and Alex Mockosher**

v.

**CITY OF SHREVEPORT.**

No. 46892.

Oct. 1, 1963.

In re: City of Shreveport applying for certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Caddo. 155 So.2d 437.

Writ refused. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.